UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| ROBERT LEE JONES JR, <br><br> Plaintiff, <br><br> v. <br><br> MONOGRAM COMFORT FOODS, LLC, <br><br> Defendant. | Case No. 3:23-CV-712-CCB-SJF |

## **ORDER**

On March 5, 2025, the Court adopted the magistrate judge's report and recommendation and granted the Joint Motion to Enforce Settlement Agreement. (ECF 26). The Court ordered the parties to execute a written settlement agreement and file a joint stipulation to dismiss with prejudice by May 5, 2025. (*Id*. at 2). The Court also stated that if the Court is notified of Plaintiff's refusal to execute the written settlement agreement by May 5, 2025, the Court will order the case to be dismissed with prejudice. (*Id*.) On May 14, 2025, the Court ordered the parties to file dismissal papers, or alternatively, a joint status report instanter but no later than June 5, 2025. (ECF 27).

On May 15, 2025, Defendant Monogram Comfort Foods, LLC's ("Monogram") filed a Notification and Motion to Dismiss. (ECF 28). Monogram asserts that Plaintiff's counsel has failed to provide Monogram's counsel with a settlement agreement signed by Plaintiff, and requests dismissal of this matter. (*Id*. at 1). Plaintiff did not respond to Monogram's motion, and did not file a status report or dismissal papers by June 5, 2025.

Plaintiff has failed to comply with the Court's orders, and was given notice that failure to execute the settlement agreement by May 5, 2025 would result in dismissal of this case with prejudice. Accordingly, pursuant to Fed. R. Civ. P. 41(b), Monogram's Notification and Motion to Dismiss (ECF 28) is **GRANTED**. This case is **DISMISSED WITH PREJUDICE**.

SO ORDERED on June 10, 2025.

                                                     /s/*Cristal C. Brisco*
                                                     CRISTAL C. BRISCO, JUDGE
                                                     UNITED STATES DISTRICT COURT